■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PERKINS, Appellant. [616 NYS2d 308] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention that County Court erred in failing to grant a hearing on the issue of defendant's status as a second felony offender. A hearing was held wherein defendant was given a full opportunity to challenge the constitutionality of his prior

plea. Additionally, defendant was not deprived of effective assistance of counsel by counsel's alleged failure to advise him that the conviction would subject him to an enhanced sentence should he commit a crime in the future *(see, People v Towles,* 110 AD2d 729, *lv denied* 65 NY2d 930; *People v Sirianni,* 89 AD2d 775). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.